**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WATER QUALITY INSURANCE SYNDICATE,
                    Plaintiff,

        -against-

NATIONAL POLLUTION FUNDS CENTER
and UNITED STATES OF AMERICA,
                    Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020

19 CIVIL 6344 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 27, 2020, the Court grants the motion to dismiss the Amended Complaint, based on improper venue. The dismissal is without prejudice to WQIS's right to file this action in a District in which venue is proper; accordingly, the case is closed.

**Dated:** New York, New York
          January 27, 2020

                                                  **RUBY J. KRAJICK**
                                                   Clerk of Court
                        BY:
                                                   Deputy Clerk